# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00478-CV

### R. J. O., Appellant

### v.

### The Texas Department of Family and Protective Services, Appellee

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY,
### NO. C-12-0024-CPS, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant R. J. O. filed his notice of appeal on July 8, 2013. The appellate record was complete July 23, 2013, making appellant's brief due August 12, 2013. To date, appellant's brief has not been filed.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than September 3, 2013. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on August 16, 2013.

Before Justices Puryear, Rose and Goodwin